

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00210-CR
No. 02-21-00211-CR

BRIAN RENFROW, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 396th District Court
Tarrant County, Texas
Trial Court No. 1642460D, 1657340D

---

### ORDER

A first supplemental reporter's record of the abatement hearing has been filed on September 14, 2022, in the above referenced cause.

If appellant wishes to file an amended brief, it will be due **Monday, September 26, 2022**. The State's amended brief in response, if any, will be due ten (10) days later, on **Thursday, October 6, 2022**. **NO EXTENSIONS SHOULD BE NECESSARY**. If neither party files an amended brief, we will resubmit the appeal on **Thursday, October 6, 2022**, without additional briefing.

We direct the clerk of this court to send a notice of this order to the attorneys of record.

Dated September 15, 2022.

Per Curiam